# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUIGI'S PAISANS PIZZA, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 1:21-cv-04310 |
| PAISAN'S ITALIAN KITCHEN, | Judge Rebecca R. Pallmeyer |
| Defendant. | Magistrate Judge Young B. Kim |

## JOINT MOTION FOR ENTRY OF [PROPOSED] CONSENT JUDGMENT

Plaintiff Luigi's Paisans Pizza, Inc. and Defendant Paisan's Italian Kitchen jointly move this honorable Court to enter the [Proposed] Consent Judgment to resolve the above-captioned case. The parties jointly make this motion in good faith.

Dated: December 20, 2021

Respectfully submitted,

s/      Howard S. Michael
Howard S. Michael
Fan Cheng
Crowell & Moring LLP
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
(312) 321-4200

Attorneys for Plaintiff Luigi's Paisans Pizza, Inc.


s/     Yi Bu
Yi Bu (Bar No. 6328713)
Yanling Jiang (Bar No. 6309336)
JiangIP, LLC
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 262-729-3628

E-mail: ybu@jiangip.com
Telephone: 630-733-9483
E-mail: yanling@jiangip.com

Elliot M. Samuels (Bar No. 2449714)
Law Offices of Elliot M. Samuels
225 West Washington,
Suite 1300
Chicago, IL 60606
Telephone: 312-357-0590
Email: esamuelslaw@gmail.com

Attorneys for Defendant Paisan's Italian Kitchen

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2021, a true and correct copy of the foregoing **JOINT MOTION FOR ENTRY OF [PROPOSED] CONSENT JUDGMENT** was electronically filed and served to all counsel of record via the Court's ECF system.

DATED: December 20, 2021              s/    Fan Cheng